UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**REGIONS BANK,**

      **Plaintiff,**

v.                                                          Case No: 6:15-cv-1332-Orl-41DAB

**CAMPUS DEVELOPMENTAL
RESEARCH SCHOOLS, INC. and
PRIMARY CHARTER SCHOOLS,
INC.,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Motion for Summary Judgment filed by Plaintiff (Doc. 42); the Motion for Summary Judgment filed by Defendant Primary Charter Schools, Inc. ("Primary") (Doc. 49); the Motion for Default Judgment filed by Plaintiff (Doc. 50); and the Motion for Default Judgment filed by Primary (Doc. 51). United States Magistrate Judge David A. Baker issued a Report and Recommendation (Doc. 52), recommending that the Court strike Campus Developmental Research Schools, Inc.'s Answer and direct the Clerk to enter default against it. Judge Baker further recommends that the motions for default judgment and the motions for summary judgment be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 52) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. The Motion for Summary Judgment filed by Plaintiff (Doc. 42); the Motion for Summary Judgment filed by Primary (Doc. 49); the Motion for Default Judgment filed by Plaintiff (Doc. 50); and the Motion for Default Judgment filed by Primary (Doc. 51) are **DENIED without prejudice**.

3. Defendant Campus Developmental Research Schools, Inc.'s Answer (Doc. 18) is **STRICKEN**.

4. The Clerk is directed to enter a default against Campus Developmental Research Schools, Inc.

5. A single motion for entry of final judgment on all claims made by any party in this action or, if necessary, for final adjudication of all claims by other means may be filed **on or before June 24, 2016**. Therein, the parties shall also advise the Court to what extent they continue to seek the relief requested in the Joint Motion to Abate (Doc. 45).

**DONE** and **ORDERED** in Orlando, Florida on May 27, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party