UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KIRKLAND FINANCIAL LLC,**

      **Plaintiff,**

v.                                                                         Case No:  6:15-cv-1332-Orl-41DAB

**CAMPUS DEVELOPMENTAL
RESEARCH SCHOOLS, INC. and
PRIMARY CHARTER SCHOOLS,
INC.,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Renewed Motion for Entry of Default Judgment (Doc. 56). United States Magistrate Judge David A. Baker issued a Report and Recommendation (Doc. 59), which recommends that the Motion be granted in part and denied in part. After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 59) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Motion for Entry of Default Judgment (Doc. 56) is **GRANTED in part** and **DENIED in part**.

3. The Clerk is directed to enter a judgment against Defendant Campus Developmental Research Schools, Inc. in the amount of $1,339,889.34. Thereafter, the Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 12, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record